IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TITUS SMOAKS,**

　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　CASE NO. 1:06-cv-00134-MP-AK

**R SMITH, et al,**

　　Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff has been granted leave to proceed in forma pauperis (doc. 11) and has now filed his third complaint prior to any review by the Court of any of his pleadings. (Doc. 8). The present complaint is on a state court form for habeas corpus relief, raises issues about social security disability, and has attached to it papers concerning food stamps and Supplemental Security Income. It is otherwise indecipherable.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 8, be **DISMISSED** as frivolous, and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), thereby constituting a "strike" within the meaning of 28 U.S.C. §1915(g).

**IN CHAMBERS** at Gainesville, Florida, this **26**$^{th}$ day of October, 2006.

　　　　　　　　　　　　　　　　　　　s/ A. KORNBLUM
　　　　　　　　　　　　　　　　　　　ALLAN KORNBLUM
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**