IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TITUS SMOAKS,

    Plaintiff,

v.                                          CASE NO. 1:06-cv-00134-MP-AK

DOTTIE DEYER, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the complaint in this case be dismissed. The time for filing objections has passed and none have been filed. The Court agrees that the complaint is undecipherable and frivolous under 28 U.S.C. § 1915(e)(2)(B)(ii). Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file and to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), thereby constituting a "strike" within the meaning of 28 U.S.C. §1915(g).

**DONE AND ORDERED** this _27th_ day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge