IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TITUS SMOAKS,

    Plaintiff,

v.                                          CASE NO. 1:06-cv-00134-MP-AK

DOTTIE DEYER,
DOE,
JOHNNY KEARNS,
LOTT,
R SMITH,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Motion for Reconsideration, filed by Mr. Smoaks. Previously, the Court adopted the Report and Recommendation of the Magistrate Judge, agreeing that the complaint in this case was "undecipherable and frivolous." The motion for reconsideration is similarly undecipherable and does not appear to offer any argument addressing why the order should be reconsidered. The motion is therefore denied.

**DONE AND ORDERED** this  *15th*   day of June, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge